IN THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

Earnest E. Varnado Jr. et al
Plaintiff

V.  Civil Action No. 3:11-cv-222-HTW-LRA

Mark Shephard (Sheriff), Capt Green
(Administrator), Lt. Regan (Assitant
Administrator), Chris Cox (Sergeant),
Harold Clements (Booking Sergeant),
Vernon Washington (Pike-8), Shawn
Umbrello (Pike-28), J. Bellipanns
(Pike-19), Oliver Gause (Booking Officer),
and Claudia Tillman (Nurse), et al.,
individually and in their official
capacities,
  Defendants.



MOTION FOR LEAVE TO FILE AN
AMENDED COMPLAINT

Plaintiff Earnest E. Varnado Jr, pursuant to Rules 15(a) and 19(a), Fed. R. Civ. P., requests leave to file an amended complaint adding a party.

1. The plaintiff in his original complaint named a Unknown Harrell (Booking Sergeant), Defendant.

Page 1 of 2

2. Since the filing of the complaint the plaintiff has determined that the name of the Unknown Harrell (Booking Sergeant) defendant is Harold Clements (Booking Sergeant). Pages. 1, 2, 3, 5, 8, 9, and 15 are amended to reflect the identity and the actions of Officer Harold Clements (Booking Sergeant).

3. This Court should grant leave freely to amend a complaint. Foman v. Davis, 371 U.S. 178, 182 (1962).

May. 8, 2011

Respectfully Submitted,

s/ Earnest E. Varnado Jr.

Earnest E. Varnado Jr
2109 Jessie Hall Rd
Magnolia, Ms. 39652

Pike Co. Crec
Offender Earnest E. Vernado, Jr. #R1032
2109 Jerrie Bell Rd.
Magnolia, Ms 39652

CMCF
APPROVED LEGAL MAIL
MAY 12 2011

U. S. D. C.
J. T. Noblin, Clerk
P. O. Box 23552
Jackson, MS  39225

RECEIVED
MAY 17 2011
Clerk, U.S. District Court
Southern District of Miss



UNITED STATES POSTAGE
02 1R
0000209480
MAILED FROM ZIP COL
$0.
MAY
PITNEY