IN THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

Earnest E. Varnado Jr. et al.,
    Plaintiffs,

v.

Mark Shephard, Capt. Green,
Lt. Regan, Chris Cox, Harold
Clements, Vernon Washington,
Shawn Umbrello, J. Bellipanns,
Oliver Kause, and Claudia
Tillman, et al.,
    Defendants

DECLARATION OF
Earnest E. Varnado Jr.

Civil Action No: 3:11-cv-200-HTW-LRA

I Earnest E. Varnado Jr., hereby declares:
I'am incarcerated at Pike County Sheriff Office. And my 1st Amendment Rights are **constantly** violated due to mail inspector (Karole Rushing) opens all my legal mail. Instead, of my legal mail being open infront of me. It's open and read before I receive it and pages disordered by the time I gets it. Two (2) letters were just returned to my family for no apparent reason, neither was I notified by Administration of this adverse action. Last week a envelope with photo's of my 4yrs old daughter was return for no reason neither was I notified. I advised Officers of my mail being tampered with and at times never making it to its destination, written and verbally. But, everyone says Mrs. Karole handles all the mail

we just put it in the box.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Magnolia, Ms. on May. 18th, 2011

s/ Earnest C. Veranddo Jr
Signature