# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Earnest E. Varnado Jr. et al.,
   Plaintiffs,

V.

Mark Shephard, Capt. Green, Lt. Regan, Chris Cox, Harold Clements, Vernon Washington, Shawn Umbrello, J. Bellipanns, Oliver Gause, and Claudia Tillman, et al.,
   Defendants

DECLARATION OF
Kasey Weatherspoon

Civil Action No: 3:11-CV-222-HTW-LRA

I, __Kasey E Weatherspoon__, hereby declares:
I'am an inmate incarcerated at Pike County Sheriff Office. And that I'am housed on Dormitory B-Block cell #217. My cell is infested with ants and other pest which comes from cracks under the walls, around the window, and the toilet housing. Many of the inmates including myself have filled-out numberous request forms about this problem as well as verbally advised the officers. But yet, nothing has been done about this problem as of many other matters at P.C.S.O.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Magnolia, Ms. on May. 18, 2011.

__s/ Kasey E. Weatherspoon__
Signature

Page 1 of 1