IN THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI


Earnest E. Varnado Jr. et al.,
      Plaintiffs,

    V.                    DECLARATION OF
                            Hersey D. James

Mark Shephard, Capt. Green,
Lt. Regan, Chris Cox, Harold     Civil Action No: 3:11-CV-222-HTW-LRA
Clements, Vernon Washington,
Shawn Umbrello, J. Bellipanns,
Oliver Sause, and Claudia
Tillman, et al.,
      Defendants


I, Hersey D JAmes hereby declares:
I am a inmate incarcerated at Pike County Sheriff Office.
And I am housed on Dormitory B-Block. When I came in
I was issued a mattress with the cushion taken out with
only a thin layer in it. Therefore, sleeping on this mattress
is like sleeping on nothing but, a steel rack. I wasn't
issued no sheets, nor pillow. Inmates at P.C.S.O. don't get
evaluated when your are booked in by a physician. Inmates
breath constant dust and germs from the dirty vents with
inch thick dust, that's never cleaned.


I declare under penalty of perjury that the foregoing is true
and correct. Executed at Magnolia Ms. on May 18, 2011.
s/ Hersey D James