IN THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

Earnest E. Varnado Jr. et al.,
          Plaintiffs,

v.

Mark Shephard, Capt. Green,
Lt. Regan, Chris Cox, Harold
Clements, Vernon Washington,
Shawn Umbrello, J. Bellipanns,
Oliver Gause, and Claudia
Tillman, et al.,
          Defendants

DECLARATION OF
Shelton Austin

Civil Action No: 3:11-cv-222-HTW-LRA

I, Shelton Austin, hereby declares:
I'am a inmate incarcerated at Pike County Sheriff Office. And my housing area is Dormitory B-Block cell #124 and my ceiling leaks water when ever the guys upstairs in cell #210 flushes their toilets which constantly causes my floor in my cell to stay wet and leave a odor in my cell. And the water seeps through the bottom of the wall to the next cell. I have filled out numerous which request form which has gone un-answered. And advised the maintenance man.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Magnolia, Ms. on May. 18, 2011
s/ _Shelton Austin_
   Signature

Page 1 of 1