Exhibit I

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

Earnest E. Varnado Jr. et al.,
Plaintiffs,

v.

Mark Shephard, Capt. Green,
Lt. Regan, Chris Cox, Harold
Clements, Vernon Washington,
Shawn Umbrello, J. Bellipanns,
Oliver Gause, and Claudia
Tillman, et al.,
Defendants

DECLARATION OF James Ratliffs

Civil Action No: 3:11-cv-222-HTW-LRA

I, James Ratliff, hereby declares:
I'am a inmate incarcerated at Pike County Sheriff Office. And I'am housed on Dormitory B-Block #23. The showers drainage has been backed-up and won't drain. The showers top and bottom (upstairs & downstairs) has Mold in the showers from lack of proper cleaning and sterlizing with the appropriate dis-infectant chemicals. Numberous of request written and verbally to the administration has been made. But, nothing has been done about this matter. B-Block is never properly cleaned.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Magnolia, Ms. on May 18, 2011.

s/ James Ratliff
Signature

Page 1 of 1